**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN MADL,<br><br>Defendant. | Case No. 26-CV-175-JPS<br><br>**ORDER** |

On August 21, 2026, the Government filed a one-count Information, charging Defendant Brian Madl with failure to pay payroll taxes in violation of 26 U.S.C. § 7202. ECF No. 1. That same day, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Count One of the Information. ECF No. 2. On September 11, 2026, Defendant agreed to waive prosecution by Indictment. ECF No. 7.

On September 11, 2026, the parties appeared before Magistrate Judge Nancy Joseph to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF Nos. 6, 9. Defendant entered a plea of guilty as to Count One of the Information. *Id*. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id*.; ECF No. 2.

On September 11, 2026, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 9. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 9, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 2nd day of October, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge